IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:05-cr-006** |
| | : | **1:05-cr-203** |
| | : | **1:05-cr-228** |
| | : | **1:05-cr-232** |
| | : | **1:05-cr-252** |
| **v.** | : | **1:05-cr-253** |
| | : | **1:05-cr-256** |
| | : | **1:05-cr-259** |
| | : | **1:05-cr-284** |
| | : | **1:05-cr-285** |
| **JOHN MIZIC** | : | **1:05-cr-287** |
| | : | **1:05-cr-288** |
| | : | **1:05-cr-294** |
| | : | **1:05-cr-296** |
| | : | **1:05-cr-305** |
| | : | **1:05-cr-306** |
| | : | **1:05-cr-324** |
| | : | **1:05-cr-367** |
| | : | **1:05-cr-440** |
| | : | **1:05-cr-456** |
| | : | **1:13-mc-485** |
| | : | |
| | : | |
| | : | **Judge Sylvia H. Rambo** |

## M E M O R A N D U M

Presently before the court are motions for early termination of supervised release filed by Defendant John Mizic in the captioned cases. In the motions, Mizic outlines the procedural history of these cases, and asks that he be discharged from the remainder of his supervised release term as of July 15, 2017. For the following reasons, the motions will be denied.

## I.  <u>Background</u>

Pursuant to a binding plea agreement, Mizic was sentenced to a prison term of 99 months consecutive to a 41-month sentence imposed in the Western District of Missouri. He was also sentenced to serve a supervised release term of 5 years.

In his motion, Mizic states that he has served 45 months of his 5-year supervised release term, and asks the court to grant him an early termination pursuant to 18 U.S.C. § 3583(e). Both the government and the probation office oppose his request.

## II.  <u>Discussion</u>

Mizic was convicted for bank fraud in two cases filed in the Middle District and nineteen cases transferred from other districts. In light of the serious nature and number of the offenses, the amount of restitution owed, and his prior supervised release violations (*see* Doc. 56), the court will decline to grant Mizic early termination pursuant to 18 U.S.C. § 3583(e).

An appropriate order will issue.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: May 12, 2017